UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. *13-80068-CR-Marra/Matthewman*

31 U.S.C. § 5316(a)(1)(A)
31 U.S.C. § 5332(a)
18 U.S.C. §1001(a)(2)
31 U.S.C. § 5317(c)
31 U.S.C. § 5332(b)(2)

UNITED STATES OF AMERICA,

vs.

ROHAN SPICER,

        **Defendant**

_____/

FILED by _____ D.C.

MAR ? 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### (Failure to Report Transportation of Monetary Instruments)
### 31 U.S.C. § 5316(a)(1)(A)

On or about February 27, 2013, at the Port of Palm Beach, in Palm Beach County, in the

Southern District of Florida, the defendant,

## ROHAN SPICER,

did knowingly and willfully fail to file an accurate report as prescribed by the Secretary of the

Treasury to be filed, that is, a United States FinCEN Form 105 (Report of International

Transportation of Currency or Monetary Instruments), when the defendant was about to transport

monetary instruments of more than ten thousand dollars ($10,000.00) at one time, that is,

approximately one million two hundred thousand dollars ($1,200,000.00) in United States currency,

from a place within the United States to and through a place outside the United States, in violation of Title 31, United States Code, Sections 5316(a)(1)(A), 5316(b), and 5322(a), and Title 31, Code of Federal Regulations, Section 103.23.

## COUNT 2
### (Bulk Cash Smuggling)
### 31 U.S.C. § 5332(a)

On or about February 27, 2013, at the Port of Palm Beach, in Palm Beach County, in the Southern District of Florida, and elsewhere the defendant,

**ROHAN SPICER,**

with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than ten thousand dollars ($10,000.00), that is, approximately one million two hundred thousand dollars ($1,200,000.00) in United States currency, on his person, and in a conveyance, article of luggage, merchandise, and other container, and did transport and attempt to transport such currency from a place within the United States to and through a place outside the United States, in violation of Title 31, United States Code, Sections 5332(a) and (b)(1).

## COUNT 3
### (False, Fraudulent, and Fictitious Statement or Representation)
### 18 U.S.C. § 1001(a)(2)

On or about February 27, 2013, at the Port of Palm Beach, in Palm Beach County, in the Southern District of Florida, in a matter within the jurisdiction of the Department of Homeland Security, United States Customs and Border Protection, an agency of the executive branch of the United States government, the defendant,

**ROHAN SPICER,**

did knowingly and willfully make a false, fraudulent, and fictitious statement and representation as

to a material fact, in that the defendant represented to the Department of Homeland Security, United States Customs and Border Protection, that he was not transporting United States currency, when, in truth and in fact, and as the defendant then and there well knew, he was transporting approximately one million two hundred thousand dollars ($1,200,000.00) in United States currency, in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATIONS

a.     The allegations of Counts 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 31, United States Code, Sections 5317(c) and 5332(b)(2).

b.     Upon conviction of a violation of Title 31, United States Code, Sections 5316 or 5332, as alleged in Counts 1 and 2 of this Indictment , the defendant, ROHAN SPICER, shall forfeit to the United States, pursuant to Title 31, United States Code, Sections 5317(c) and 5332(b)(2), as incorporated by Title 28, United States Code, Section 2461(c), all of his right, title, and interest in property, real and personal, involved in such offenses and any property traceable to such property.

c.     The property subject to forfeiture includes, but is not limited to:

   i.     approximately one million two hundred thousand dollars ($1,200,000.00) in United States currency recovered from the possession of the defendant on or about February 27, 2013;

   ii.    a 2005 Infiniti QX 56 bearing Florida tag BHZ S61 and VIN 5N3AA08AX5N806567;

   iii.   a 26' Twin Vee Catamaran bearing Grand Bahamas registration GB 02354.

All pursuant to Title 31, United States Code, Sections 5317(c) and 5332(b)(2); and the procedures outlined at Title 21, United States Code, Section 853, as made applicable by Title 31, United States Code, Sections 5317(c)(1)(B) and 5332(b)(3).

A TRUE BILL

WIFREDO A. FERRER
UNITED STATES ATTORNEY

STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES OF AMERICA**

vs.

**ROHAN SPICER**

**Defendant.**
_____/

**CASE NO.** _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)          Yes _____   No ____
Number of New Defendants          _____
Total number of counts          _____

**Court Division**: (Select One)

____  Miami      ____  Key West
____  FTL    _X_  WPB    ____  FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    _NO_
    List language and/or dialect    _____

4.  This case will take   _2_   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                           (Check only one)

    | I   | 0  to  5 days   | _X_ | Petty   | _____ |
    |-----|-----------------|-----|---------|--------|
    | II  | 6  to 10 days   | ____ | Minor   | _____ |
    | III | 11 to 20 days   | ____ | Misdem. | _____ |
    | IV  | 21 to 60 days   | ____ | Felony  | _X_ |
    | V   | 61 days and over | ____ |        |        |

6.  Has this case been previously filed in this District Court? (Yes or No)    _NO_
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)   _YES_
    If yes:
    Magistrate Case No.    _13-MJ-08115-WM_
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of   _2-27-2013_
    Defendant(s) in state custody as of   _____
    Rule 20 from the   _____   District of   _____

    Is this a potential death penalty case? (Yes or No)    _NO_

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?  _____ Yes   _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes   _X_ No

_(signature)_

STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 255180

*Penalty Sheet(s) attached                                    REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:  ROHAN SPICER**

**Case No.:** _____

Count #:  1

 Failure to Report Transportation of Monetary Instruments in Excess of $10,000.

 Title 31, United States Code, Sections 5316(a)(1)(A), 5316(b) and 5322(a)

**\* Max.Penalty**:      5 years imprisonment; 3 years supervised release; $250,000 fine.

Count #: 2

 Bulk cash smuggling.

 Title 31, United States Code, Sections 5332(a) and (b)(1)

**\* Max.Penalty**:      5 years imprisonment; 3 years supervised release; $250,000 fine.

Count #: 3

 False Statements.

 Title 18, United States Code, Section 1001(a)(2)

**\* Max.Penalty**:      5 years imprisonment; 3 years supervised release; $250,000 fine.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: ROHAN SPICER

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Stephanie D. Evans

Last Known Address: Palm Beach County Jail

_____

_____

What Facility:     _____

_____

Agent(s):     Special Agent Daniel Richichi
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
Homeland Security Investigation